CC JMS/KSC

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 22 2009

at 9 o'clock and __ min. A __ M.
SUE BEITIA, CLERK

JOHN HARRIS PAER      #1551-0
41 B Kepola Place
Honolulu, Hawaii  96817
Telephone:  (808) 595-7179
Facsimile: (808) 595-3918
email: paerj001@hawaii.rr.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOHAMMAD S. USMAN, ) | CIVIL NO. 08-00484 JMS-KSC |
| ) | |
| Plaintiff, ) | NOTICE OF DISMISSAL WITH |
| ) | PREJUDICE |
| vs. ) | |
| ) | |
| BANK OF AMERICA, N.A., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, by and through his undersigned
attorney and, pursuant to Rule 41(a)(1) of the Federal Rules of
Civil Procedure, hereby dismisses the above action with prejudice.
Defendant has not responded.  There are no remaining issues and
parties.

DATED: Honolulu, Hawaii, January 20, 2009

JOHN HARRIS PAER
Attorney for Plaintiff